

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ORANGEBURG DIVISION

| | |
|---|---|
| EDWARD DRUMMOND, § | |
| Plaintiff, § | |
| § | |
| vs. § | CIVIL ACTION NO.5:15-04285-MGL-KDW |
| § | |
| SPARTANBURG COUNTY; § | |
| MAJOR NEAL URCH; § | |
| COUNTY ATTORNEY VIRGINIA DUPONT;§ | |
| ASLEY MCCANN; § | |
| SGT. THOMAS; § | |
| DR. BONOBO; § | |
| NURSE WHITE; § | |
| DR. MCDONALDS, § | |
| Defendants. § | |

### ORDER ADOPTING THE REPORT AND RECOMMENDATION, PARTIALLY DISMISSING THIS COMPLAINT WITHOUT PREJUDICE AGAINST DEFENDANTS SPARTANBURG COUNTY AND DR. BONOBO, AND DISMISSING CLAIMS ONE, TWO, AND FOUR WITHOUT PREJUDICE AGAINST ALL DEFENDANTS

This case was filed as a 28 U.S.C. § 2254 action. Plaintiff is proceeding pro se. The matter is before the Court for review of the Report and Recommendation (Report) of the United States Magistrate Judge suggesting that the Complaint against Spartanburg County and Dr. Bonobo be dismissed without prejudice in its entirety; and Claims One, Two, and Four be dismissed against all Defendants. The Report was made in accordance with 28 U.S.C. § 636 and Local Civil Rule 73.02 for the District of South Carolina.

The Magistrate Judge makes only a recommendation to this Court. The recommendation has no presumptive weight. The responsibility to make a final determination remains with the Court. *Mathews v. Weber*, 423 U.S. 261, 270 (1976). The Court is charged with making a de novo determination of those portions of the Report to which specific objection is made, and the Court may accept, reject, or modify, in whole or in part, the recommendation of the Magistrate Judge or11 recommit the matter with instructions. 28 U.S.C. § 636(b)(1).

The Magistrate Judge filed the Report on January 6, 2016, and the Clerk of Court entered Plaintiff's objections on January 19, 2016, as well as his supplemental objections on January 25, 2016, and January 28, 2016. The Court has reviewed the objections, but finds them to be without merit. Therefore, it will enter judgment accordingly.

In Plaintiff's supplemental objections, he agrees to dismiss Claim Two from his Complaint. Otherwise, he generally makes the same arguments in his objections that he made to the Magistrate Judge. Because the Court agrees with the Magistrate Judge's treatment of Plaintiff's contentions, it need not repeat the discussion and analysis here. Suffice it to say that Plaintiff's objections will be overruled.

After a thorough review of the Report and the record in this case pursuant to the standard set forth above, the Court overrules Plaintiff's objections, adopts the Report, and incorporates it herein. Therefore, it is the judgment of this Court that the Complaint against Spartanburg County and Dr. Bonobo is **DISMISSED WITHOUT PREJUDICE** in its entirety; and Claims One, Two, and Four are **DISMISSED WITHOUT PREJUDICE** against all Defendants.

In Plaintiff's objections and supplemental objections, he specifically asks to amend his complaint. He also adds new allegations, wherein he appears to be attempting to amend his complaint constructively. The Court will allow the Magistrate Judge to consider whether to allow those amendments in the first instance.

2

**IT IS SO ORDERED**.

Signed this 21st day of April, 2016, in Columbia, South Carolina.

                                                  s/ Mary Geiger Lewis
                                                  MARY GEIGER LEWIS
                                                  UNITED STATES DISTRICT JUDGE

*\*\*\*\*\**
### NOTICE OF RIGHT TO APPEAL

Plaintiff is hereby notified of the right to appeal this Order within thirty days from the date hereof, pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure.